UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| **EDWIN E. MORALES, and all others similarly situated under 29 U.S.C. 216 (b),** | CASE NO.  16-CIV-23954-SCOLA |
| Plaintiff, | |
| vs. | |
| **YASAR CORPORATION d/b/a N&J FOOD MARKET, a Florida for profit corporation, and YASAR SALEH, individually,** | |
| Defendants. | |

## NOTICE OF COMPLIANCE WITH COURT ORDER

COMES NOW Plaintiff, EDWIN E. MORALES, by and through undersigned counsel, and provides Notice of compliance with this Court's Order dated September 20, 2016 [DE 5], having filed his Statement of Claim and having served a copy of same along with this Court's Order [DE 5] on counsel for Defendants.

Dated:  October 4, 2016            Respectfully submitted,

s/**Alexander Pastukh**
Alexander Pastukh (Fla. Bar No. 809551)
Alexander Pastukh, P.A.
E-mail:  apastukh@appalaw.com
1395 Brickell Avenue, Ste. 800
Miami, FL 33131
Tel: (305) 502-5715
Counsel for Plaintiff Edwin E. Morales

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 4th day of October 2016 a true and correct copy of the foregoing has been served by CM/ECF on all counsel or parties of record on the Service list below.

/s/ __Alexander Pastukh__

## SERVICE LIST

**Omar K. Ibrahem, Esq.**
Omar K. Ibrahem, P.A.
omar@okilaw.com
1001 Brickell Bay Drive, 9th Floor
Miami, FL 33131
Tel.: (786) 502-4837
Attorney for Defendants